**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 66 WAL 2020

            Respondent                 :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                         :

                                    :

MERLE ALAN PAGE, JR.,                   :

            Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 16th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.